# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Marlena L.,** | ) |
| **Plaintiff,** | ) CIVIL ACTION NO. 3:25-CV-00072 |
| v. | ) Magistrate Judge Vascura |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on the joint motion of the parties for an award of attorney's fees under the Equal Access to Justice Act. (ECF No. 13.) For good cause shown, the Motion is **GRANTED**.

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) is accepted and Plaintiff is awarded attorney fees in the amount of $6,355.00 and costs in the amount of $405.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes any preexisting debt subject to offset, consistent with *Astrue v. Ratliff,* 130 S. Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716.  If no such pre-existing debt exists, Defendant shall pay the EAJA fees award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

    s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE